UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ABBIE N. CHAPMAN,

       Plaintiff,                        Case No. 2:19–cv–139

v.                                    Hon. Janet T. Neff

MARQUETTE, CITY OF, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE
## AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above–captioned case was electronically filed in this court on July 8, 2019 . The case has been assigned to Janet T. Neff .

      The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted. **The 400.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action. To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) – Credit Card Payment* event. For further information, see the reference materials available on the court website.

                                                  CLERK OF COURT

Dated:  July 8, 2019        By:   /s/ S. Kivela_____
                                            Deputy Clerk